IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSE LUIS VEGA GONZALEZ,                                          CV. 06-1352-KI

       Petitioner,                                                           ORDER

  v.

STATE OF OREGON,

       Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss (#12) is GRANTED. Respondent's motion to dismiss (#10) is DENIED AS MOOT. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this ___4th___ day of January, 2007.


                                                               /s/ Garr M. King
                                                              Garr M. King
                                                              United States District Judge